# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA REYNOLDS, as Administrator of the Estate of LEONARD SEDDEN, deceased, on behalf of said decedent's heirs-at-law and next of kin and in her own behalf** | CIVIL ACTION <br><br> NO. 12-1008 |
| **Plaintiffs,** | |
| v. | |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** | |
| **Defendant.** | |

## ORDER

**AND NOW,** this ____ day of July, 2013, upon consideration of Defendant's Motion to Dismiss (Doc. 4), Plaintiff's Response in Opposition thereto (Doc. 7), and Defendant's Reply (Doc. 11), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

---

Hon. Petrese B. Tucker, C.J.

---

[1] This order accompanies the memorandum issued by this Court on July 30, 2013.